UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

NINETEEN THOUSAND SIX
HUNDRED FIFTY EIGHT DOLLARS
($19,658.00) IN U.S. CURRENCY,

        Defendant *in Rem*.
_____/

Civil No. 11-13564
Honorable: George Caram Steeh
Magistrate Judge: Mona K. Majzoub

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant *in rem*, which consists of Nineteen Thousand Six Hundred Fifty Eight Dollars ($19,658.00) in U.S. Currency is hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Jernell Smith-Holland and Rapheal Holland or their successors and assignees, in such property, and any right, title and interest of all other persons, is hereby and forever **EXTINGUISHED**, and that clear title to such property is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States

Marshal's Service for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such property in accordance with law.

                                              s/George Caram Steeh  
                                              HONORABLE GEORGE CARAM STEEH  
                                              United States District Judge

Dated: October 28, 2011